AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID DWAYNE CASSADY

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 1:09cv128

VICTOR L. WALKER, Warden
SCOTT WILKES, Deputy Warden
and
VERNEAL S. EVANS, Captain

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's findings on the 1st day of October, 2012, JUDGMENT is hereby entered in favor of the defendants, VICTOR L. WALKER, SCOTT WILKES and VERNEAL S. EVANS. The plaintiff, DAVID DWAYNE CASSADY, shall take nothing, and costs are hereby assessed against the plaintiff, to be taxed by the Clerk of Court.

Approved by: _____
J. RANDAL HALL
United States District Judge

_October 2, 2012_　　　　　　　　　　Scott L. Poff
Date　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(By) Deputy Clerk