IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | * |
| Plaintiff, | * |
| vs. | * CV 109-128 |
| VICTOR L. WALKER, et al, | * |
| Defendants. | * |

**O R D E R**

On August 19, 2014, this Court was notified that the parties had stipulated to a dismissal with prejudice with no costs to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court directs the Clerk to **TERMINATE** all pending motions (docs. nos. 131, 132) and deadlines and **CLOSE** the case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of September, 2014.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia